AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  **1:24-CV-35-RP**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

FILED
2024 JUN 21 PM 2:08
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____

This summons for **Resurgent Capital Services** was recieved by me on **6/12/2024**:

☐ I personally served the summons on the individual at *(place)* on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒ I served the summons on **Kevin Williams**, who is designated by law to accept service of process on behalf of **Resurgent Capital Services** at **55 Beattie Pl Ste 110, Greenville, SC 29601** on **06/17/2024 at 12:35 PM**; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify)*

My fees are $ 0 for travel and $ 95.00 for services, for a total of $ 95.00.

I declare under penalty of perjury that this information is true.

Date: 06/17/2024

_____
Server's signature

**Casey Putnam**
Printed name and title

109 Center St
Williamston, SC 29697

_____
Server's address

Additional information regarding attempted service, etc:

I delivered the documents to Kevin Williams who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact 45-55 years of age, 6'0"-6'2" tall and weighing 140-160 lbs with glasses.




Tracking #: 0135424717