UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS

FILED
2024 JUL 22 PM 2:54
CLERK, US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: CR

JOHN RAMOS )
    Plaintiff, )
)
v. ) Case No.
)   1:24-cv-00035-RP
RESURGENT CAPITAL SERVICES, )
    Defendant. )
)
)

## PLAINTIFF'S REQUEST FOR ENTRY OF CLERK'S DEFAULT

Pursuant to Fed. R. Civ. P. 55(a), Plaintiff requests that the Clerk enter a default against Defendant Resurgent Capital Services as follows:

1. On June 17, 2024, Plaintiff served Defendant with the complaint herein via process server to the Defendant's address, 55 Beattie Pl Ste 110, Greenville, SC 29601

2. On June 21, 2024, Plaintiff filed his proof of service against Defendant with the court (Docket 6).

3. Pursuant to Fed.R.Civ.P. 12a, Defendant's answer to this action was due on July 8, 2024.

4. Defendant has, as of July 22, 2024, failed to plead or otherwise defend against this action and is now in default.

1

July 22, 2024

Respectfully submitted:

_____
John Ramos,
2250 Double Creek Dr.
#6711
Round Rock, TX 78664
512.450.2238 (telephone)
Johnramos2121@gmail.com (email)

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served upon Defendant via U.S.P.S. regular mail to:

| |
|---|
| Resurgent Capital Services |
| 55 Beattie Pl Ste 110 |
| Greenville, SC 29601 |

Dated: July 19, 2024               _____