UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

JOHN RAMOS,

*Plaintiff*

                Civil Action No. 1:24-cv-35 RP

vs.

RESURGENT CAPITAL SERVICES,

*Defendants*

## CLERK'S ENTRY OF DEFAULT

 IT APPEARING from the records of the above-entitled action that service of the complaint has been made upon the defendant **RESURGENT CAPITAL SERVICES,** and it further appearing from the Plaintiff's motion that said Defendant has failed to plead, respond, or otherwise defend in said action as directed.

 NOW, THEREFORE, on Plaintiff's request, this the 9th day of August 2024, DEFAULT is hereby entered against defendant **RESURGENT CAPITAL SERVICES.**



              Philip Devlin, CLERK
              U.S. DISTRICT COURT

              By: _Deanna Massie_
                 Deputy Clerk