IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| JOHN RAMOS,<br>　　Plaintiff<br><br>vs.<br><br>RESURGENT CAPITAL SERVICES LP<br>　　Defendant | §<br>§<br>§<br>§<br>§<br>§<br>§ | Case No. 1-24-00035-RP |

**DEFENDANT RESURGENT' CAPITAL SERVICES LP'S**

**RULE 7.1 DISCLOSURE**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant makes the following disclosures:

1. Resurgent Capital Services, L.P. is a Delaware limited partnership. Its owners are Resurgent Holdings, LLC and Alegis Group, LLC. None of those entities is publicly traded.

Dated: August 23, 2024

Respectfully submitted,

/s/ Francesca A. Di Troia
Francesca A. Di Troia
State Bar No. 24097596
S.D. Tex. No. 3278381
**BARRON & NEWBURGER, P.C.**
7320 N. MoPac Expy., Suite 400
Austin, Texas 78731
Tel: (512) 476-9103
Fax: (512) 576-9253

**ATTORNEY FOR DEFENDANT RESURGENT CAPITAL SERVICES, LP**

## **CERTIFICATE OF SERVICE**

By my signature below, I hereby certify that on August 23, 2024 a true and correct copy of the foregoing document was served on the parties listed below via electronic transmission.

John Ramos
2250 Double Creek Dr, #6711
Round Rock, Texas 78664
512.450.2238
Johnramos2121@gmail.com