IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

| | |
|---|---|
| JOHN RAMOS, <br><br> Plaintiff <br><br> vs. <br><br> RESURGENT CAPITAL SERVICES, LP, <br><br> Defendant | § § § § § § § § § § § § Case No. 1:24-00035-RP |

**DECLARATION OF KEELE PUCKETT IN SUPPORT OF RESURGENT CAPITAL SERVICES, LP'S MOTION TO SET ASIDE ENTRY OF DEFAULT AND TO QUASH IMPROPER SERVICE**

I, KeeLe Puckett, per 28 U.S.C. § 1746, being of full age, hereby declare as follows:

1. I am an Authorized Representative for Defendant Resurgent Capital Services, LP (Resurgent). I am familiar with Resurgent's policies, procedures, and record keeping system and I have personal knowledge, based on my review of the account notes and records in this case (hereinafter collectively "Records"), as well as my own personal investigation of these facts, of the testimony offered in this Declaration.

2. Kevin Williams, the individual identified on Ramos's Proof of Service (ECF No. 6), is not an officer, a managing or general agent, or any other agent authorized by appointment or by law to receive service of process for Resurgent. Kevin Williams holds the position of Specialist III, Mailroom at Resurgent.

3. The registered agent of Resurgent in Texas and its address is: Corporation

Service Company, 211 E. 7th Street, Suite 620, Austin, Texas 78701.

4. Resurgent did not receive the Complaint or Summons at its Registered Agent in Texas. No officer, managing or general agent or other agent authorized by appointment or by law to receive service of process received Plaintiff's Complaint and Summons (ECF No. 1).

5. Resurgent became aware on August 23, 2023 that a Default Judgment had been entered by the Clerk when it investigated Plaintiff's Brief in Support of Motion for Default Judgment that it received on August 21, 2024.

I DECLARE UNDER THE PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

EXECUTED THIS 26TH DAY OF AUGUST 2024 IN GREENVILLE SOUTH CAROLINA.

*KeeLe G. Puckett*
KeeLe Puckett
Authorized Representative