# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| JOHN RAMOS, | § | |
| | § | |
| Plaintiff | § | |
| | § | |
| | § | Case No. 1:24-00035-RP |
| vs. | § | |
| | § | |
| RESURGENT CAPITAL SERVICES, LP, | § | |
| | § | |
| Defendant | § | |
| | § | |

## ORDER

On this day the Court considered Defendant Resurgent Capital Services, LP'S Motion to Set Aside Entry of Default pursuant to Rules 55(c) and 60(b) of the Federal Rules of Civil Procedure. The Court finds that the motion is meritorious and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Defendant's Motion to Set Aside Entry of Default (ECF No. 13) is **GRANTED** and the Clerk's entry of Default Judgment is Set Aside.

Signed this _____ day of _____, 2024.

_____
Hon. Robert L. Pitman
United States District Judge